IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES C. ADAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:21-CV-631-RAH-CSC |
| ANDRE BRUNSON and WAYNE ELLIS, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This case is before the Court on a Recommendation of the Magistrate Judge entered on May 2, 2023. (Doc. 25.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 22nd day of May 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE